**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:17cr476-MHT** |
| | ) | **(WO)** |
| **JEFFREY L C WOODS** | ) | |

**ORDER**

It is ORDERED that defendant Jeffrey L C Woods's motion for reconsideration (doc. no. 72), in which he asks the court to order that his federal sentence run concurrent with his state sentence, is denied. The court does not have the authority to change defendant Woods's sentence at this point in time.

DONE, this the 28th day of January, 2020.

                                    **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**