IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.               ) | 2:17cr476-MHT |
| ) | (WO) |
| JEFFREY L C WOODS       ) | |

ORDER

It is ORDERED that defendant Jeffrey L. C. Woods's motion to reconsider (doc. no. 74) is denied.

To the extent Woods asks the court to reconsider his sentence, the court lacks legal authority to do so except in certain exceptional circumstances not shown here.  *See* 18 U.S.C. § 3582(c).  To the extent Woods asks the court to place him on home confinement under the CARES Act, the court cannot grant the requested relief.  The BOP has the sole authority to decide whether to place a prisoner on home confinement under the CARES Act.  *See de Jesus v. Woods*, No. 2:19-CV-121-WHA, 2019 WL 3326199, at *4 (M.D. Ala. June 21, 2019), report and recommendation adopted, No. 2:19-CV-121-WHA, 2019 WL 3323736 (M.D. Ala. July 24, 2019).

To the extent Woods wishes to challenge the BOP's calculation of his sentence, he may do so by filing a habeas petition pursuant to 28 U.S.C. § 2241 in the federal district where he is incarcerated, after exhausting any BOP administrative remedies that are available to him.

DONE, this the 20th day of November, 2020.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**