IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr476-MHT |
| | ) | (WO) |
| JEFFREY L C WOODS | ) | |

ORDER

It is ORDERED that defendant Jeffrey L. C. Woods's motion to reconsider (doc. no. 76) is denied.

***

To the extent defendant Woods asks the court to reconsider his sentence, the court lacks legal authority to do so except in certain exceptional circumstances not shown here. See 18 U.S.C. § 3582(c).

To the extent he wishes to challenge the BOP's calculation of his sentence, he may do so by filing a habeas petition pursuant to 28 U.S.C. § 2241 in the federal district where he is incarcerated, after

exhausting any BOP administrative remedies that are available to him.

DONE, this the 30th day of November, 2020.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE