IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:17cr476-MHT
                            )            (WO)
JEFFREY L. C. WOODS         )
```

ORDER

Before the court is defendant Jeffrey L. C. Woods's "Motion for Illegal Sentence to Be Corrected" (Doc. 78). Woods claims that the five-year term of supervised release imposed for his conviction for conspiracy to commit bank fraud (Count 1) exceeds the maximum term authorized by statute, which he says is three years. This claim lacks merit.

Under 18 U.S.C. § 3559(a)(2), an offense with a maximum term of imprisonment of "twenty-five years or more" is classified as a Class B felony. Bank fraud--and conspiracy to commit bank fraud--is a Class B felony because the maximum term of imprisonment for that offense is 30 years. *See* 18 U.S.C. § 1344 (persons convicted of bank fraud "shall be ...

imprisoned not more than 30 years"), § 1349 ("Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy."). Under 18 U.S.C. § 3583(b)(1), the authorized term of supervised release for a Class B felony is "not more than five years." Therefore, Woods's five-year term of supervised release for his conviction for conspiracy to commit bank fraud (a Class B felony) does not exceed the maximum term authorized by statute.

***

Consequently, it is ORDERED that defendant Jeffrey L. C. Woods's "Motion for Illegal Sentence to Be Corrected" (Doc. 78) is denied.

DONE, this the 19th day of May, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE